IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DEAN FOODS COMPANY, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-36314 (DRJ)<br><br>(Jointly Administered) |
| Daniel H. Golden, as Liquidating Trustee of the DFC Liquidating Trust,<br>Plaintiff,<br><br>v.<br><br>Victory Packaging, L.P.,<br>Defendant. | Adv. No. 21-03403 |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

---

[1] The debtors or liquidating debtors in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Dean Foods Company (9681) and Dean Holding Company (8390). The liquidating debtors' mailing address is: Daniel H. Golden, Trustee, Dean Foods Company Estate & Liquidating Trust, In Care of BRG, 250 Pehle Avenue, Suite 301, Saddle Brook, NJ 07663, Attn: Rick Wright.

Dated: December 20, 2021

**ASK LLP**

*/s/ Kara E. Casteel*
Kara E. Casteel, Esq., MN SBN 0389115
Joseph L. Steinfeld, Jr., Esq.,
MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*Counsel for Plaintiff, Daniel H. Golden, as Liquidating Trustee of the DFC Liquidating Trust*

Dated: December 20, 2021

**LANGLEY & BANACK, INC.**

*/s/ Allen M. DeBard,*
Allen M. DeBard, Esq.
745 E. Mulberry Avenue, Suite 700
San Antonio, TX 78212
Telephone: (210) 736-6600
Email: adebard@langleybanack.com

-*and*-

**DICKINSON WRIGHT PLLC**
Jonathan L. Gold, Esq.
1825 Eye St. N.W., Suite 900
Washington, DC 20006
Telephone: (202) 659-6960
Email: JGold@dickinsonwright.com

*Counsel for Defendant, Victory Packaging, L.P.*